**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20854/0057314247

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lance Hardy and Lynnae Hardy<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Lance Hardy and Lynnae Hardy, Debtors; Brian J. Mullen, Trustee.<br><br>      Respondents. | No. 2:09-bk-14427-CGC<br><br>Chapter 7<br><br>O R D E R<br><br><br>(Relating to docket #18 ) |

    IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

    SIGNED this _____ day of _____, 2009.

                                          _____
                                          JUDGE OF U.S. BANKRUPTCY COURT